IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE R. GOCHIN | : | CIVIL ACTION |
| v. | : | No. 16-6153 |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |

## ORDER

AND NOW, this 17th day of May, 2017, upon consideration of the Government's Statement of Interest,[1] Defendants Thomas Jefferson University and Carianne Torrissi, Esquire's Motion to Dismiss, and Plaintiff's response thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' Motions (Documents 3 & 5) are GRANTED. Plaintiff's Complaint (Document 1) is DISMISSED with prejudice. It is further ORDERED Plaintiff's Motion for Clarification is DENIED.

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] On January 23, 2017, the Government filed a Statement of Interest, pursuant to 28 U.S.C. § 517, moving the Court to sua sponte dismiss all claims against the federal Defendants. As discussed in the accompanying Memorandum, the Court construes the Statement of Interest as a Motion to Dismiss.